#### JAMES P. GOOCH v. WESTERN UNION TELEGRAPH COMPANY.

(Filed 27 February, 1929.)

CIVIL ACTION, before *Small, J.,* at October Term, 1928, of BEAUFORT. A judgment of nonsuit was entered and the plaintiff appealed.

*Harry McMullan for plaintiff.*
*McLean & Rodman for defendant.*

PER·CURIAM. The Court being evenly divided in opinion, *Adams, J.,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision in this case without becoming a precedent. *Hillsboro v. Bank et al.,* 191 N. C., 828, 132 S. E., 657.

Affirmed.